IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHITNEY NAKITA FELDER | : | CIVIL ACTION |
| v. | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security | : | NO. 19-151 |

O R D E R

AND NOW, this 9th day of January, 2020, for the reasons expressed in the Court's Opinion filed today, it is HEREBY:

ORDERED that Felder's Request for Review is GRANTED, the decision of the Commissioner is REVERSED, and the matter REMANDED to the agency solely for the calculation of benefits.

The Clerk of Court is directed to mark this matter as CLOSED.

BY THE COURT:

/s/Jacob P. Hart
_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE